```
1    JEREMY BRANCH (SBN 303240)
2    jeremyb@jlohman.com
     The Law Offices of Jeffrey Lohman, P.C.
3    28544 Old Town Front St., Ste. 201
4    Temecula, CA 92590
     Tel: (866) 329-9217 ext. 1009
5    Attorney for Plaintiff
6    VANDANA RAMRAKHA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VANDANA RAMRAKHA, | ) | |
|---|---|---|
| | ) | Case Number: 3:21-cv-04565-EMC |
| | ) | |
| | ) | **[PROPOSED]** ORDER GRANTING |
| Plaintiff, | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff VANDANA RAMRAKHA ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") having filed a Joint Stipulation of Dismissal with Prejudice, and after considering said stipulation,

It is HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

February 3, 2022
Date

Hon. Edward M. Chen
United States District Judge